ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)                    PAGE 1

**FILED**

DE 29 2010

DAVID CREWS, CLERK
By _____
Deputy

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

*Michael Bradshaw*

**Plaintiff**

v.                                                                CASE NO.  *1:10CW 336 - A -S*

*Dolph Bryant minnie Fox*
*Kathlene ONeal*      **Defendant**

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1.  The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

    A. Legal name:                                *Michael Bradshaw*

    B. Name under which sentenced:        *Michael Bradshaw*

    C. Inmate identification number:

    D. Plaintiff's mailing address (street or     *111 D.L. CONNER DR.*
    post office box number, city, state, ZIP):   *Starkville Ms. 39759*

    E. Place of confinement:                      *OKTIBBEHA County Jail*

2.  Plaintiff names the following person(s) as the Defendant(s) in this civil action:

    Name:                                          *Dolph Bryant, Minnie Fox.*

    Title (Superintendent, Sheriff, etc.):         *Katholine Oneal*

    Defendant's mailing address (street or         *111 D.L. CONNER Dr.*
    post office box number, city, state, ZIP)      *Starkville Ms 39759*

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 2

Name: _Minnie Fox_

Title (Superintendent, Sheriff, etc.): _Food administrator_

Defendant's mailing address (street or post office. box number, city, state, ZIP) _111 D.L. CONNER DR. Starkville Ms 39759_

Name: _Kathelene Oneal_

Title (Superintendent, Sheriff, etc.): _Supervisor, Jailer_

Defendant's mailing address (street or post office box number, city, state, ZIP) _111 DL. CONNER DR. Starkville Ms 39759_

Name: _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or post office box number, city, state, ZIP) _____

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3.  Have you commenced other lawsuits in any other court, ☐ Yes     ☑ No
    state or federal, dealing with or pertaining to the same facts
    that you allege in this lawsuit or otherwise relating to your
    imprisonment?

4.  If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

    A. Parties to the lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

    B. Court: _____    C. Docket No.: _____

    D. Judge's Name: _____    E. Date suit filed: _____

    F. Date decided: _____    G. Result (affirmed, reversed, etc.): _____

5.  Is there a prisoner grievance procedure or sys-    ☐ Yes     ☑ No
    tem in the place of your confinement?

6.  If "Yes," did you present to the grievance sys-    ☐ Yes     ☐ No
    tem **the same facts and issues** you allege in
    this complaint? (See question 9, below).

7.  If you checked "Yes" in Question 6, answer the following
    questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)      PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?    ☐ Yes    ☑ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?    ☐ Yes    ☑ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 4

> **Special Note**: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8.  If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

    _____

    _____

    _____

    _____

    _____

    _____

    _____

9.  Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

    I am Constenty feed food that my doctor does not permit me to eat, When I refuse to eat them, I am not feed Cause there's isn't anything left. 12/21/10 OKTIBBEHA County Jail.

    12/21/10 Minnvie Fox refuse to give me a tray after I didn't receive one.

    12/21/10 Kathelene Oneal refuse to get someone to bring me anything and She refuse to tell minnvie Fox that I didn't receive a tray.

    12/21/10 Dolph Bryant is the Sheriff but I hadn't talk to him because the staff want relay the message that you want to talk to him. It's an on going problem when you try to talk to the Sheriff.

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 5

10.    State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do
       not cite legal authority.

I would like for the Court to Step in an See that this don't happen to anyone else, It Could Cause some one there life after being feed the wrong food. Also I would like for the Court to make a legal arguments, Also I would like some kind of Compensation or action taking for my personal mistreatment.

This Complaint was executed at (location):      DCI Ibbeha County Jail

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 12/24/10                                   Michael Bradshaw
                                                 Plaintiff's Signature

MICHAEL BRADSHAW
INMATE MAIL
111 OKTIBBEHA COUNTY DR.
SHERIFF'S DEPARTMENT
STARKVILLE MS 39759

RECEIVED

DEC 2 9 2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES DISTRICT COURT
NORTH DISTRICT OF MISSISSIPPI
P. O. BOX 704
ABERDEEN